UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 1:12-cv-222 |
| ) | *Lee* |
| RONALD POTTER, Individually and d/b/a ) | |
| RALLO'S BAR AND GRILL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is an unopposed motion to continue deadlines [Doc. 13] by which Plaintiff Joe Hand Promotions, Inc. seeks to extend the discovery deadline and dispositive motion deadline by 30 days to continue discovery and potentially resolve this case. Plaintiff represents that Defendants do not oppose the request for extensions of time.

The current deadline for concluding all discovery expired on February 21, 2013. The motion presents no reason for the late request to extend an expired deadline or any explanation for the parties' failure to timely complete discovery. Under the circumstances, the discovery deadline, in the Court's view, has already passed (and passed well before the motion was filed) and the request to extend the expired deadline is **DENIED**. The parties are free to conduct discovery by agreement if they so desire; however, because the discovery deadline has passed, the Court will not entertain any resulting discovery disputes if they arise.

The request to extend the dispositive motion deadline to April 5, 2013[1] is **GRANTED**. The Court notes the motion to continue represents the requested extension of the dispositive motions

---

[1] The request was made for April 7, 2013, which is a Sunday. April 5 is the preceding Friday.

deadline should not affect the current trial date. The requested deadline extension means the briefing on any dispositive motion would not conclude until May 9, 2013 even though the final pre-trial conference is set for May 10, 2013. Under these circumstances, the parties are **ON NOTICE** that the Court will not entertain any motions for an extension of time to respond or reply to any dispositive motion or any motion to delay the final pre-trial conference or trial based on the timing of any briefing or the Court's ruling on any dispositive motion filed by the parties. Of course, nothing prevents any party from filing a dispositive motion prior to the extended deadline.

Accordingly, Plaintiff's unopposed motion to continue deadlines [Doc. 13] is **GRANTED IN PART** and **DENIED IN PART**. Any dispositive motions shall be filed on or before **April 5, 2013**. All other deadlines in the Court's Scheduling Order [Doc. 11] remain the same.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*  
SUSAN K. LEE  
UNITED STATES MAGISTRATE JUDGE